FILED
5/12/2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY vyc DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Eric URRUTIA,<br><br>Defendant. | Case No.: 21MJ8404<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 922(g)(1)<br>Felon in Possession of a Firearm; |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about April 20, 2021, within the Southern District of California, defendant Eric Urrutia, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Taurus, model Spectrum, .380 caliber pistol bearing serial number 1F008410; in violation of Title 18, United States Code, Section 922(g)(1).

//

UNITED STATES OF AMERICA
   v.
Eric URRUTIA

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Francisco Muñoz
HSI Task Force Officer

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th day of May, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA
v.
Eric URRUTIA

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On April 20, 2021, El Centro Police Department Officer Boston was assigned to patrol. At about 0844 hours, Officer Boston was dispatched to the area of 8th and Broadway in reference to a disturbance. A female later identified as Heather Wright called and stated that Eric URRUTIA was in possession of a black and silver gun that he had fired in the air after threatening a person with it, and that he had left the area in his black Mitsubishi.

Wright described the gun URRUTIA had pointed at her as a silver and black semi-automatic that she believed to be a .22 caliber based on her longtime familiarity with guns and hunting. Wright assisted law enforcement in locating URRUTIA'S vehicle, which was parked at 692 W. Commercial in the Southern District of California.

Officers turned their attention to the apartment complex at which URRUTIA's vehicle was parked. A maintenance worker directed their attention to apartment "E" due to the large amount of foot traffic reported. Officer Boston knocked on the door twice, and the door was opened by a female who identified herself as Kimberly Vega. Two male subjects were in the apartment, one of which was URRUTIA. After URRUTIA exited the apartment, he was detained and placed in Officer Boston's car.

Vega ultimately consented to a search, and Officer Boston located the gun in question, which was loaded with a magazine with (5) .380 caliber rounds in it. Officer Boston also located a second magazine, which had one 9mm round in it that had been loaded into the magazine backwards. Officer Boston ran the serial number for the firearm, but there was no file on record.

//

3

UNITED STATES OF AMERICA
   v.
Eric URRUTIA

Post *Miranda*, URRUTIA ultimately admitted that he did in fact point the gun at Wright, but at no time did he intend to shoot her but had come to confront her boyfriend, Danny Viloria. URRUTIA stated that when he did not see him, he went back to his car and fired one round into the air in order to intimidate Viloria. URRUTIA revealed that a few months prior, Viloria had approached him from behind and struck the back of his head with something, which caused him to need eight staples to close the wound. URRUTIA also admitted that Vega had been storing the gun for him after the incident.

Preliminary records checks revealed URRUTIA had the following criminal history, though additional queries may later reveal additional convictions:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 12/01/2016 | CASC- Imperial | Inflicting Corp. Injury: Spouse (273.5(A) PC) (Felony) | 8 days in jail; 3 Years' Probation, |
| 01/06/2017 | CASC- Imperial | Poss Drug Paraphernalia 11364(A) HS (Misdemeanor) | 90 days' jail, fine |
| 09/20/2017 | CASC- Imperial | Poss. Drug Paraphernalia 11364(A)HS (Misdemeanor) | 3 Years' Probation, fine |
| 11/22/2019 | CASC- Imperial | Inflicting Corp. Injury: Spouse (273.5(A) PC) (Felony) | 2 Years Prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

4